IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:16-MC-18-D

| | |
|---|---|
| WILLIAMSON FARM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| DIVERSIFIED CROP INSURANCE | ) |
| SERVICES a/k/a CGB DIVERSIFIED | ) |
| SERVICES, INC. | ) |
| | ) |
| Respondent | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF WILLIAMSON FARM'S MOTION TO STRIKE RESPONDENT'S REPLY TO PETITIONER'S RESPONSE TO MOTION TO VACATE**

**NOW COMES** Petitioner, by and through its undersigned counsel of record, and with the consent of opposing counsel, respectfully withdraws its Motion to Strike Respondent's Reply to Petitioner's Response to Respondent's Motion to Vacate.

This the 8th day of August, 2016.

                                                **STUBBS & PERDUE, P.A.**
                                                *COUNSEL FOR PETITIONER*

                                                */s/Matthew W. Buckmiller*
                                                TRAWICK H. STUBBS
                                                N.C. State Bar No. 4221
                                                tstubbs@stubbsperdue.com
                                                MATTHEW W. BUCKMILLER
                                                N.C. State Bar No. 35194
                                                mbuckmiller@stubbsperdue.com
                                                9208 Falls of Neuse Road, Suite 201
                                                Raleigh, North Carolina 27615
                                                Telephone: (919) 870-6258
                                                Facsimile: (919) 870-6259

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: R. JEFFERSON ALLEN and DEREK M. CRUMP.

                **STUBBS & PERDUE, P.A.**
                *COUNSEL FOR PETITIONER*

                */s/Matthew W. Buckmiller*
                TRAWICK H. STUBBS
                N.C. State Bar No. 4221
                tstubbs@stubbsperdue.com
                MATTHEW W. BUCKMILLER
                N.C. State Bar No. 35194
                mbuckmiller@stubbsperdue.com
                9208 Falls of Neuse Road, Suite 201
                Raleigh, North Carolina 27615
                Telephone: (919) 870-6258
                Facsimile:  (919) 870-6259

2

Case 5:16-mc-00018-D   Document 18   Filed 08/08/16   Page 2 of 2